IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS PIERETTI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DENT ENTERPRISES, INC., et al. | : | NO. 11-2179 |

ORDER

      AND NOW, this 21st day of December, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

      (1)  the motion of defendant Kevin Dent to dismiss Counts I and II of the Amended Complaint as to him for lack of personal jurisdiction is GRANTED; and

      (2)  the motion of defendant Dent Enterprises, Inc. to dismiss Count IV of the Amended Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure is GRANTED.

                                 BY THE COURT:

                                 /s/ Harvey Bartle III
                                                               J.