IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS PIERETTI | : | CIVIL ACTION |
| v. | : | |
| DENT ENTERPRISES, INC. | : | NO. 11-2179 |

ORDER

AND NOW, this 26th day of February, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant for summary judgment on all of plaintiff's claims (Doc. #45) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                  J.